UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00361-MOC
Related Bankruptcy Case: 13-01019

| | | |
|---|---|---|
| **BRENDA L. LIVESAY** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **LANGDON COOPER, as Trustee in Bankruptcy** | ) | |
| **KENNETH W. LIVESAY** | ) | |
| **GLOBAL FIBER, LLC** | ) | |
| | ) | |
| Appellees | ) | |

**THIS MATTER** is before the court on Appellant's Motion to Establish Deadlines (#2) related to her appeal from the bankruptcy court's ruling in this matter. Having considered the Motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Appellant will have up to and inclusive of December 20, 2016 to designate the items to be included in the record related to her appeal and her statement of issues presented.

Signed: December 16, 2016



Max O. Cogburn Jr
United States District Judge

-1-